

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00178-CR

**IN RE** Raul Ruiz **AVALOS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               Velia J. Meza, Justice

Delivered and Filed: March 12, 2025

DENIED

Relator, Raul Ruiz Avalos, has filed a petition for writ of mandamus. After considering the petition and the record, the court concludes Avalos is not entitled to the relief sought. Accordingly, we deny the petition for writ of mandamus.

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 14705CR, styled *The State of Texas v. Raul Ruiz Avalos*, pending in the County Court, Kinney County, Texas, the Honorable Natalie C. Fleming presiding.